IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

CAROL ELIZABETH SCOTT,
PAUL BREMER, JENNIE
BENNETT, and ELIZABETH W.
WILLIAMS,

        Appellants,

v.

MIKE HOGAN, as Supervisor of
Elections for Duval County, Florida;
CHRIS H. CHAMBLESS, as
Supervisor of Elections for Clay
County, Florida; VICKI P.
CANNON, as Supervisor of
Elections for Nassau County,
Florida; ALEXANDER
PANTINAKIS, Individually; and
DANIEL KENNETH LEIGH,
Individually,

        Appellees.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-2773

Opinion filed July 1, 2016.

An appeal of the Circuit Court for Duval County.
Richard R. Townsend, Senior Judge.

Samuel S. Jacobson and Stephanie A. Sussman of Bledsoe, Jacobson, Schmidt, Wright & Sussman, Jacksonville; William J. Sheppard, Elizabeth L. White, Matthew Kachergus, Bryan E. DeMaggio, and Jesse B. Wilkison of Sheppard, White, Kachergus & DeMaggio, P.A., Jacksonville, for Appellants/Cross-Appellees.

Craig D. Feiser, Assistant General Counsel, and Jon R. Phillips, Deputy General Counsel, Office of General Counsel, City of Jacksonville, Jacksonville, for Appellee Mike Hogan; Ronald A. Labasky, Tallahassee, and John T. LaVia, III, of Gardner,

Bist, Bowden, Bush, Dee, LaVia & Wright, P.A., Tallahassee, for Appellees Vicki P. Cannon and Chris H. Chambless; Lindsey C. Brock III, of Rumrell, McLeod & Brock, PLLC, Lindsey Brock, P.A., Jacksonville, for Appellee/Cross-Appellant, Alexander Pantinakis; Brian P. North of Kenny Leigh & Associates, Fort Walton Beach, for Appellee/Cross-Appellant Daniel Kenneth Leigh.

PER CURIAM.

Appellants seek review of an order dismissing their complaint with prejudice for failure to state a cause of action. We expedited review at Appellants' request.

Appellants' complaint raised two counts, one seeking a declaratory judgment that appellee Leigh's write-in candidacy is a "sham" and therefore is not "opposition" within the meaning of Article VI, section 5(b) of the Florida Constitution, and the other a claim under 42 U.S.C. § 1983. We affirm the dismissal of the first count based on Brinkmann v. Francois, 184 So. 3d 504 (Fla. 2016), and we affirm the dismissal of the second count without comment.

We also affirm without comment the issue raised on cross appeal.

AFFIRMED.

WETHERELL, ROWE, and WINSOR, JJ., CONCUR.